# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Delano Scott ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:07-3571-MBS |
| County of Orangeburg ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff _____ .

■ other: summary judgment is entered for the defendant, County of Orangeburg, and the plaintiff Delano Scott, shall take nothing on his complaint filed pursuant to 42 U.S.C. § 2000e and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge, adopting the Report and Recommendation of the Honorable Paige J. Gossett granting the defendant's motion for summary judgment.

Date: September 14, 2009                    *CLERK OF COURT*

                                            s/Angie Snipes

                                            *Signature of Clerk or Deputy Clerk*